# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **TRATONIA BONNER** | * | **CIVIL ACTION NO.: 1:22-cv-528** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE** |
| **KNIGHT TRANSPORTATION, INC.** | * | |
| **KNIGHT REFRIGERATED, LLC,** | * | |
| **MOHAVE TRANSPORTATION** | * | **MAG. DIV.** |
| **INSURANCE COMPANY AND** | * | |
| **PHIL FIELDS** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

TO: The Judges of the United States District Court
for the Western District of Louisiana

PLEASE TAKE NOTICE that defendants, Knight Transportation, Inc., Knight Refrigerated, LLC, Mohave Transportation Insurance Company, and Phil Fields (hereinafter sometimes collectively referred to as "Defendants"), by and through their attorneys, Salley, Hite, Mercer & Resor, LLC, hereby petition the United States District Court for the Western District of Louisiana for removal of this case to the District Court pursuant to 28 U.S.C. §§ 1441 and 1446.

Defendants, by and through its undersigned counsel, states the following upon information and belief:

1. This case is presently pending in the 9th Judicial District Court for the Parish of Rapides, State of Louisiana, Civil Action No. 272,732, Division "A". The territory assigned to the

4800-24595

United States District Court for the Western District of Louisiana under 28 U.S.C. §98 embraces Rapides Parish.

2. This Notice of Removal has been filed within 30 days after receipt by Defendants, through service or otherwise, other paper from which it was first ascertained that the case is one which is or has become removable, as required by 28 U.S.C. § 1446(b)(3). Therefore, removal is timely.

3. Plaintiff requested Knight Transportation, Inc. be served via long arm service, which was sent on February 2, 2022.

4. Plaintiff requested Knight Refrigerated, LLC and Mohave Transportation Insurance Company be served via long arm service. However, no affidavits of service have been filed with the 9th Judicial District Court as of the time of the drafting of this pleading. Knight Refrigerated, LLC and Mohave Transportation Insurance Company do not waive their objections to service of process or personal jurisdiction by filing this removal. See *Morris & Co. v. Skandinavia Ins. Co.*, 279 U.S. 405, 409, 49 S.Ct. 360, 73 L.Ed. 762 (1929) and *City of Clarksdale v. BellSouth Telecommunications, Inc.,* 428 F.3d 206, 214 (5th Cir.2005).

5. No service was requested on defendant, Phil Fields.

6. The plaintiff filed this lawsuit on January 25, 2022, naming Defendants Knight Transportation, Inc., Knight Refrigerated, LLC, Mohave Transportation Insurance Company, and Phil Fields. *See* Petition for Damages, attached hereto as Exhibit "A."

7. On January 26, 2022, Defendants learned that Plaintiff has been recommended for a lumbar discectomy and artificial disc replacement surgery. *See* Email Correspondence, attached hereto as Exhibit "B."

4800-24595

8. Pursuant to 28 U.S.C. §1446(a) attached hereto as Exhibit "C" is a copy of all process, pleadings, and orders in the state court action.

9. Complete diversity exists along with the requisite amount in controversy, which under 28 U.S.C. §1332 grants this Court subject matter jurisdiction over this claim. More particularly, in plaintiff's Original Petition for Damages, she alleges that she sustained "severe and painful physical injuries" as a result of an accident on February 8, 2021, in Rapides Parish. *See* Original Petition for Damages, Paragraphs 2, 7. Plaintiff alleges that, as a result of the accident complained therein, she sustained damages including past and future: "physical pain and suffering; mental anguish and emotional distress; loss of enjoyment of life; disability; medical expenses; and lost earnings and earning capacity." *See* Petition for Damages, Paragraph 8. The allegations in the Petition, coupled with the recent claim that plaintiff has been recommended for a lumbar discectomy and artificial disc replacement surgery [1], makes it clear that the amount in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs.

10. According to the Petition, Plaintiff, Tratonia Bonner is a resident and domiciliary of Mobile County, State of Alabama.

11. Knight Transportation, Inc. is, and at all relevant times was, an Arizona corporation with a principal place of business in Arizona.

12. Knight Refrigerated, LLC is a limited liability company organized under the laws of the State of Arizona, whose only member is Knight Transportation, Inc. a corporation organized under the laws of the State of Arizona with its principal place of business in Arizona.

---

[1] The Louisiana Third Circuit has held that $100,000 is the lowest reasonable general damage award for a herniated disc with surgical intervention. *See Case v. Shelter Ins. Co.*, 2010-302 (La. App. 3 Cir. 10/6/10); 48 So.3d 1196.

4800-24595

13. Mohave Transportation Insurance Company is an Arizona corporation with its principal place of business in Phoenix, Arizona.

14. Phil Fields is a resident and domiciliary of Spotsylvania County, in the State of Virginia.

15. Complete Diversity of citizenship therefore exists.

16. Simultaneously with the filing of this Petition, Defendants have served the Notice of Removal on the plaintiff and filed same with the Clerk of the state court.

WHEREFORE, defendant, Knight Transportation, Inc., respectfully prays that this Notice of Removal be deemed good and sufficient as required by law, and the above captioned matter be removed from the 9th Judicial District Court for the Parish of Rapides, State of Louisiana, to the United States District Court for the Western District of Louisiana, and that this Court have and assume full and complete jurisdiction therefore issuing all necessary orders and granting all general and equitable relief to which Mover is entitled, and that all further proceedings in the state court be discontinued.

Respectfully submitted,

SALLEY, HITE, MERCER & RESOR, LLC

*/s/ Stephannie M. England*
**DAVID P. SALLEY (#19770)**
**AMY DUNN HOTARD (#31709)**
**STEPHANNIE M. ENGLAND (#35904)**
365 Canal Street, Suite 1710
New Orleans, Louisiana 70130
Tel:  504.566.8820
Fax:  504.566.882
Email: dsalley@shmrlaw.com
           ahotard@shmrlaw.com
           sengland@shmrlaw.com

4800-24595

> *Knight Transportation, Inc., Knight Refrigerated, LLC, Mohave Transportation Insurance Company, and Phil Fields*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 23rd day of February, 2022, I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties using this process in this matter. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

　　　*/s/ Stephannie M. England*
　　**STEPHANNIE M. ENGLAND**