LOUISIANA CIVIL CASE REPORTING

Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption: _____Tratonia Bonner v. Knight Transportation, et al_____

Court: 9th Judicial District              Docket Number: 272732 A

Parish of Filing: Rapides                 Filing Date: 1-25-22

Name of Lead Petitioner's Attorney: Matthew T. Seaton

Name of Self-Represented Litigant: _____

Number of named petitioners: 1            Number of named defendants: 4

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

_x_ Auto: Personal Injury                 __ Auto: Property Damage
__ Auto: Wrongful Death                   __ Auto: Uninsured Motorist
__ Asbestos: Property Damage              __ Asbestos: Personal Injury/Death
__ Product Liability                      __ Premise Liability
__ Intentional Bodily Injury              __ Intentional Property Damage
__ Intentional Wrongful Death             __ Unfair Business Practice
__ Business Tort                          __ Fraud
__ Defamation                             __ Professional Negligence
__ Environmental Tort                     __ Medical Malpractice
__ Intellectual Property                  __ Toxic Tort
__ Legal Malpractice                      __ Other Tort (describe below)
__ Other Professional Malpractice         __ Redhibition
__ Maritime                               __ Class action (nature of case)
__ Wrongful Death                         _____
__ General Negligence

Please briefly describe the nature of the litigation in one sentence of additional detail:

Automobile accident that occurred in Rapides Parish, Louisiana, causing personal injuries to plaintiff.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name ____Matthew T. Seaton_____ Signature _____[signature]_____

Address ___4207 Parliament Drive, Suite A, Alexandria, LA 71303_____
Phone number: 318-319-2285          E-mail address: mseaton@getgordon.com

**EXHIBIT C**

**Matthew Seaton**, Attorney
mseaton@getgordon.com
D: (318) 319-2285
F: (318) 704-0584



4207 Parliament, Ste. A, Alexandria, LA
71303
(318) 319-2285

**Kayla Jordan**, Legal Assistant
kjordan@getgordon.com
D: (318) 545-3721
F: (318) 704-0584

January 25, 2022

Hon. Robin Hooter
Rapides Parish Clerk of Court
701 Murray Street, Suite 102
Alexandria, LA 71301

272,732 A

RE: Tratonia Bonner vs. Knight Transportation, Inc., et al

Dear Ms. Hooter:

Enclosed please find a Petition for Damages, which we are filing in the above captioned matter. Also, enclosed is our firm's check in the amount of $700.00 and an extra copy of the Petition to be stamped filed and returned to our office.

In accordance with La. C.C.P. article 1572, you are requested to give us written notice by mail ten days in advance of the date fixed for the trial or hearing of this case, whether on exceptions, motions, rules, or the merits, unless a longer period is required by law. We also request immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof as provided by La. C.C.P. articles 1913 and 1914, including notice of judgment in the event this case be taken under advisement or if the judgment is not signed at the conclusion of the trial.

With kind personal regards, I am

Sincerely yours,

Matthew Seaton
Gordon McKernan Injury Attorneys

MTS/kmj

*Please note to ensure proper delivery of any correspondence to Matthew Seaton, remit to the above listed address only.*

www.getgordon.com

OFFICES:
BATON ROUGE | GONZALES | DENHAM SPRINGS | LAFAYETTE | SHREVEPORT | LAKE CHARLES | ALEXANDRIA | HAMMOND | MONROE | ZACHARY

CIVIL SUIT NUMBER 272732 A
DIVISION _____

TRATONIA BONNER          9th JUDICIAL DISTRICT COURT

VERSUS          PARISH OF RAPIDES

KNIGHT TRANSPORTATION, INC.,
KNIGHT REFRIGERATED, LLC,
MOHAVE TRANSPORTATION
INSURANCE COMPANY AND PHIL FIELDS      STATE OF LOUISIANA

**PETITION FOR DAMAGES**

The petition of Tratonia Bonner, who is domiciled in Mobile County, Alabama, respectfully represents that:

1.

Made defendant herein is:

a) Knight Transportation, Inc., a foreign corporation authorized to do and doing business in this parish and state;

b) Knight Refrigerated, LLC, a foreign corporation authorized to do and going business in this parish and state;

c) Mohave Transportation Insurance Company, a foreign insurance corporation authorized to do and doing business in this parish and state;

d) Phil Fields, whose address is currently unknown.

2.

On February 8, 2021, Petitioner, Tratonia Bonner, was in a tractor-trailer owned by Jordan Carriers with its permission, parked at Love's Travel Stop located in Boyce, Rapides Parish, Louisiana.

3.

At that same time, Phil Fields was operating a tractor-trailer owned by Knight Transportation, Inc. with its permission.

4.

Petitioner, Tratonia Bonner, was asleep in the cab of the tractor-trailer owned by Jordan Carriers when the Defendant, Phil Fields, collided with the vehicle that Petitioner, Tratonia Bonner, was in.

5.

Defendant, Phil Fields was squarely within the course and scope of his employment with Defendants, Knight Transportation, Inc. and Knight Refrigeration, LLC at the time of the accident; therefore, Defendants, Knight Transportation, Inc. and Knight Refrigeration, LLC are vicariously liable for the negligent acts of its employee, Defendant, Phil Fields, pursuant to the doctrine of *Respondeat Superior*.

6.

The collision was caused by the negligence and fault of Defendant, Phil Fields, in the following particulars:

a) Failing to maintain a proper lookout;

b) Failing to maintain control of his vehicle;

c) Failing to yield the right of way;

d) Failing to stop;

e) Failing to pay attention to the traffic; and

f) Violating the motor vehicle and traffic laws of the Parish of Rapides, and the State of Louisiana.

7.

As a result of the foregoing collision, Tratonia Bonner sustained severe and painful physical injuries.

8.

As a result of the foregoing injuries, Petitioner, Tratonia Bonner, is entitled to recover past and future damages for the following categories of loss:

a) Physical pain and suffering;

b) Mental anguish and emotional distress;

c) Loss of enjoyment of life;

d) Disability;

e) Medical expenses; and

f) Lost earnings and lost earning capacity.

9.

At the time of the foregoing collision, Defendants, Knight Transportation, Inc. and Knight Refrigeration, LLC were insured under a policy of automobile liability insurance issued to Mohave Transportation Insurance Company, under the terms and provisions by which the latter assumed liability for damages such as herein sued for by Petitioner.

10.

Defendants are jointly and solidarily liable because they are each liable for Petitioner's damages.

Wherefore, Petitioner prays that Defendants, Knight Transportation and Mohave Transportation Insurance Company be cited according to law and served with a copy of this petition, and after due proceedings, there be judgment rendered herein in favor of Petitioner, Tratonia Bonner, and against Defendants, Knight Transportation, Inc., Knight Refrigeration, LLC, Phi Fields, and Mohave Transportation Insurance Company, jointly and in solido, for such amount of damages as reasonable in the premises, together with legal interest thereon from date of judicial demand, until paid, and for all costs of this proceeding.

Respectfully submitted,

GORDON MCKERNAN INJURY ATTORNEYS

_____
MATTHEW T. SEATON (38398)
4207 Parliament Drive, Suite A
Alexandria, Louisiana 71303
Telephone: (318) 319-2285
Facsimile: (318) 704-0584

**ATTORNEY FOR PLAINTIFF**

**SERVICE INSTRUCTIONS:**

Knight Transportation, Inc.
Via Louisiana Long Arm Statute:
CT Corporation System
334 North Senate Avenue
Indianapolis, IN 46204

Knight Refrigerated, LLC
Via Louisiana Long Arm Statute:
3200 N Central Ave, Suite 1600
Phoenix, Arizona 85012

Mohave Transportation Insurance Company
Via Louisiana Long Arm Statute
Todd Carlson
2200 S. 75th Avenue
Phoenix, Arizona 85043

Phil Fields
**Withhold service**